**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

2008 DEC -5  AM 10: 40

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **vs.** | ) **CASE NO. CR507-15** |
| | ) |
| **JIMMY OWEN WHITE,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On consideration of Defendant White's motion to dismiss him from the indictment, and being advised that Defendant White is now deceased, the government having consented to the defendant's motion, it is hereby

ORDERED that the defendant's Motion is granted, and Jimmy Owen White is hereby dismissed from the indictment with prejudice.

This 5th day of DEC., 2008.

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA